### DOW v. DOW et al.

(Supreme Court, General Term, Second Department.   December 12, 1892.)

PRACTICE ON APPEAL—JUDGMENT AGAINST INFANTS—REARGUMENT.

On appeal by the trustee of an estate belonging to three infants from a decree rendered in proceedings for the settlement of the trustee's accounts the judgment was reversed.  On application of the guardian ad litem a reargument was granted.  Before the hearing one of the infants became of age, and requested that the judgment be allowed to stand.  *Held*, that the request should be granted.

Action by Abbot L. Dow, as trustee under the last will and testament of Cornelia L. Dow, deceased, against Margaret H. Dow, Cornelia H. Dow, and Caroline Dow, brought in 1876, to obtain an annual allowance from the income of the estate for the support of the defendants, infants.   In 1891 proceedings were had for the settlement of plaintiff's accounts, and on appeal by plaintiff from the decree therein the same was reversed.   18 N. Y. Supp. 222.   On application of the guardian ad litem of defendants a reargument was granted, (20 N. Y. Supp. 268,) since which time defendant Margaret H. Dow has arrived at age, and requests that the judgment of reversal be allowed to stand.   Granted.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

William G. Low, (Thos. S. Moore, of counsel,) for appellant.
William B. Davenport, for respondents.
Chambers & Boughton, for defendant.

DYKMAN, J.   Since we decided to grant a reargument in this case, Margaret H. Dow, one of the infants in whose interests the guardian ad litem made the application for a reargument, has reached her majority, and has employed counsel, who now appear for her, and desire our former decision to stand.   As she is one of the parties, we think we should accede to her request.   We conclude, therefore, to abide by our former decision upon this appeal, and allow it to remain undisturbed, without further costs.